# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2016

153069

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* AWG, Minor.

SC: 153069
COA: 327976
Kent CC Family Division:
15-025970-AD

_____/

On order of the Court, the application for leave to appeal the December 29, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2016



Clerk

p0316